IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANDRE WATSON                                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:12cv551-HTW-LRA

MISSISSIPPI DEPARTMENT OF AGRICULTURE AND
COMMERCE, ROBERT JORDAN AND SANDY HAVARD                      DEFENDANTS

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE
REBUTTALS IN SUPPORT OF MOTIONS TO DISMISS**

This matter is before the Court on the joint motion of Defendants Mississippi Department of Agriculture and Commerce, Robert Jordan and Sandy Havard [docket no. 18] to extend the September 14, 2012 deadline to file rebuttal briefs in support of their respective motions to dismiss until and including September 21, 2012. Recognizing that this motion is not being made for the purpose of delay and no party will be prejudiced by the sustaining of this Motion, this Court finds that the relief requested is well-taken.

IT IS, THEREFORE, ORDERED that the deadline for Defendants to file their rebuttal briefs in support of their respective motions to dismiss is extended until and including September 21, 2012.

SO ORDERED, this the 12th day of September, 2012.

**s/ HENRY T. WINGATE**
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/Malissa Winfield
MALISSA WINFIELD, MB # 100751
Special Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, MS   39205-0220
Telephone No. (601)359-3824
Facsimile No. (601) 359-2003
mwinf@ago.state.ms.us

ATTORNEY FOR DEFENDANTS